UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON M. HART,

    Plaintiff,

v.

PATRICK COX, et al.,

    Defendants.

Case No. 2:25-cv-00765-MJP-TLF

ORDER ADOPTING R&R

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff failed to file a complete IFP application or pay the filing fee.

(3)     Plaintiff's proposed civil rights complaint is DISMISSED without prejudice for failure to prosecute and for failure to comply with a Court Order.

Dated this 25th day of August, 2025.

MARSHA J. PECHMAN
United States District Judge

ORDER ADOPTING R&R - 1